## THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

William E. Mancusi, III,

     Plaintiff,

**Complaint**

     v.

Civil Action No. 1:26-cv-549 (MAD/PJE)

United States of America,

     Defendant.

1.   This is a suit arising under the Internal Revenue Code of 1986, as amended (26 U.S.C. §§1 *et seq.*[1]), for the payment of a Federal income tax refund due to Plaintiff, William E. Mancusi, III, for the taxable/calendar year 2020.

### JURISDICTION; VENUE

2.   Jurisdiction is conferred upon this Court by 28 U.S.C. §1346(a)(1).

3.   Venue is appropriate under 28 U.S.C. §1402(a)(1).

### PARTIES

4.   Plaintiff, William E. Mancusi, is a citizen of the United States who presently resides at Coxsackie Correctional Facility, 11260 Route 9W, P.O. Box 999, Coxsackie, New York, 12051.

---

[1]   All references herein to the Internal Revenue Code are to the Internal Revenue Code as in effect during 2020.

5.      Defendant is the United States of America.

## COUNT I

6.      Plaintiff timely filed his Federal income tax return for the taxable year 2020 (Plaintiff's "2020 Return"). The full name and the last four digits of Plaintiff's social security number, as they appeared on his 2020 Return, were:  William E. Mancusi, III (XXX-XX-2164).

7.      Upon information and belief,[2] on his 2020 Return Plaintiff claimed a refund of $3,631, attributable to: (a) a pre-credit Federal income tax liability of $0; (b) an $1,800 "recovery rebate credit"; and (c) $1,831 of Federal income tax withholding.

8.      Plaintiff's claimed recovery rebate credit consists of the $1,200 refundable credit under 26 U.S.C. §6428 (the "First Recovery Rebate Credit"), and the $600 refundable credit under 26 U.S.C. §6428A (the "Second Recovery Rebate Credit").

9.      Plaintiff is entitled to the recovery rebate credit claimed on his 2020 Return because he is an "eligible individual," as defined in 26 U.S.C. §§6428(d) and 6428A(d); and because he did not receive an "advance payment" of either the First Recovery Rebate Credit, pursuant to 26 U.S.C. §6428(f), or the Second Recovery Rebate Credit, pursuant to 26 U.S.C. §6428A(f).

10.     Plaintiff's claimed Federal income tax withholding is attributable to the $1,831 of tax withheld by the New York State Department of Labor, with respect to the $18,316 of unemployment compensation paid to Plaintiff during 2020.

---

[2]      Despite numerous efforts, including a request under the Freedom of Information Act, Attorney for Plaintiff has been unable to obtain a copy or transcript of Plaintiff's 2020 Return.

11. Plaintiff is entitled to the Federal income tax withholding claimed on his 2020 Return pursuant to 26 U.S.C. §31(a).

12. On or about October 27, 2021, and in response to Plaintiff's 2020 Return, the Internal Revenue Service (the "IRS") issued to Plaintiff a Letter 5071C, informing Plaintiff that his 2020 Return had been flagged for Identity Verification, and requiring Plaintiff to complete the IRS's Identity Verification Protocol in order for the IRS to process his 2020 Return.

13. The Identity Verification Protocol requires taxpayers to verify their identity: (a) on the Identity Verification Protocol website, (b) by telephone, or (c) by appointment at a local IRS office.

14. Plaintiff is presently incarcerated at the Coxsackie Correctional Facility in Coxsackie, New York.

15. Due to the limitations placed on incarcerated individuals, it is impossible for Plaintiff to complete the IRS's established steps required for the Identity Verification Protocol, and the IRS has been unwilling to modify the Protocol to allow Plaintiff to show that he did in fact file the 2020 Return.

16. To date, Plaintiff has not received the $3,631 refund claimed on his 2020 Return.

17. Because six months have expired since the filing of Plaintiff's refund claim (his 2020 Return), Plaintiff may begin this suit under 26 U.S.C. §7422(a), pursuant to 26 U.S.C. §6532(a)(1).

**WHEREFORE**, Plaintiff prays for judgment against Defendant in the amount of $3,631, the sum of: (a) the First and Second Recovery Rebate Credits ($1,200 and $600, respectively) claimed on Plaintiff's 2020 Return that have been wrongfully withheld from Plaintiff; and (b)

3

the Federal income tax withholding ($1,831) claimed on Plaintiff's 2020 Return — or such

amount as Plaintiff may be entitled to, together with costs and interest as allowed by law, and

for such other relief as the Court may deem just and proper.

Robert G. Nassau
Attorney for Plaintiff
Low Income Taxpayer Clinic
Syracuse University College of Law
P.O. Box 6543
Syracuse, NY 13217-6543
Telephone: 315-443-4582
Facsimile: 315-285-9259
E-mail: rnassau@syr.edu

Dated: April 7, 2026